CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tori Noriego**<br>DOB: 1991; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-00876MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii); and Title 18 United States Code § 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about June 28, 2026, in the District of Arizona, **Tori Noriego**, knowing or in reckless disregard that certain illegal aliens, including Macedonio Maldonado Vivar, Tadeo Zuniga De Alba and Agustin Lopez Victoriano had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

Count 2: On or about June 28, 2026, in the District of Arizona, Defendant **Tori Noriego** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent D.R., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent D.R. was engaged in, or on account of the performance of his duties, by intentionally kicking D.R. in the abdomen and groin; in violation of **Title 18, United States Code, Sections 111(a)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 28, 2026, in the District of Arizona (Three Points), Border Patrol Agents (BPAs) operating on the Tohono O'odham Nation (TON) Reservation observed a silver Sport Utility Vehicle (SUV) driving towards the New Miguel Cemetery. Approximately 10 minutes later, BPAs observed the silver SUV leaving the area and heading back to Federal Route 19 (FR 19). BPAs observed the vehicle travelling northbound near Mile Marker (MM) 7 and began to follow the vehicle, a Mazda CX-9 with temporary paper license plates (Arizona 810007U). While waiting for a records check on the vehicle, BPAs saw a single occupant in the back seat looking back at the BPA. The BPA activated their emergency lights and sirens to attempt a vehicle stop on the Mazda near MM 9. As the vehicle came to a stop, the BPA could see occupants in the back seat and rear compartment moving around. The BPA observed one male occupant jump out of the vehicle and fleeing towards the desert. The BPA, D.R., instructed the remaining occupants in the vehicle to stay put and instructed the driver, later identified as **Tori Noriego**, a U.S. citizen and Tribal Member of the Tohono O'odham, to exit the Mazda since he was the only BPA on scene. As **Noriego** exited the vehicle, she appeared to reach for something in the vehicle's door, causing D.R. to reach to try to control her hands. As D.R. attempted to control **Noriego**'s hands, she broke out of his control. D.R. performed a controlled takedown of **Noriego** to get control of her hands with repeated verbal commands to place her hands behind her back. **Noriego** rolled over and kicked the D.R. twice in the lower abdomen and groin. D.R. was eventually able to place handcuffs on **Noriego** and called for assistance to secure the other three occupants.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Macedonio Maldonado Vivar, Tadeo Zuniga De Alba and Agustin Lopez Victoriano

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE:<br>Border Patrol Agent<br>Taylor Garrett |
| Sworn by telephone x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 29, 2026 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer Hope

**Continued from previous page.** 26-00876MJ

BPAs arrived on scene with the absconded individual and the other occupants were secured in handcuffs. The additional subjects Macedonio Maldonado Vivar, Tadeo Zuniga De Alba and Agustin Lopez Victoriano, all citizens of Mexico. Record checks revealed they, did not possess the proper documentation to enter, pass through, or remain in the United States legally.

Other BPAs observed and documented shoe marks on D.R.'s abdomen and groin consistent with the areas **Noriego** kicked him. Another BPA asked if **Noriego** required medical attention for a scrape on her elbow and she made unsolicited statements that "he was choking me out," "when he started hitting on me, that's when I kicked him in the nuts," and that "he said that I wasn't cooperating and he started fucking pushing me around and shoving me around and I'm not going to have him fucking hit me."

Material witness Macedonio Maldonado Vivar stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. Maldonado Vivar stated that there were three additional illegal aliens in the group, no foot guide, making a total of four individuals. Maldonado Vivar stated that a four-door, gray vehicle was waiting for them upon their arrival. He described the driver as a female with black hair. He was in the trunk with another subject. Maldonado Vivar stated the driver was arrested.

Material witness Tadeo Zuniga De Alba stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. Zuniga De Alba stated that there were three additional illegal aliens in the group, no foot guide, making a total of four individuals. He stated that a four-door, gray vehicle was waiting for them upon their arrival. He described the driver as a female with black hair. He was in the trunk with another subject. He stated the driver was taking them to Phoenix and the driver was arrested.

Material witness Agustin Lopez Victoriano stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. Lopez Victoriano stated that there were three additional illegal aliens in the group, no foot guide, making a total of four individuals. He stated that a four-door, gray vehicle was waiting for them upon their arrival. Lopez Victoriano described the driver as a female with black hair, wearing a black shirt and glasses. He stated he was sitting behind the driver's seat. He stated the driver was arrested.